IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

UNITED STATES OF AMERICA

MAY 1 0 2013

v.                    No. 4:11CR00070 JLH



JAMES W. McCORMACK, CLERK
By: _____
D* P CLERK

DAVID DUANE MASON

## PRELIMINARY ORDER OF FORFEITURE

IT IS HEREBY ORDERED THAT:

1.      As the result of David Duane Mason's ("Defendant") guilty plea on April 17,

2013, Defendant shall forfeit to the United States, under 18 U.S.C. § 2253, One HP Pavilion

Computer (304W) with keyboard, Serial Number KR25207690 (collectively "property subject to

forfeiture") as a result of the offense charged in Count 3 of the Indictment.

2.      Upon the entry of this Order, the United States Attorney General (or a designee)

is authorized to seize the above-listed property and to conduct any discovery proper in

identifying, locating or disposing of the property subject to forfeiture, in accordance with Fed. R.

Crim. P. 32.2(b)(3).  Further, the United States Attorney General (or a designee) is authorized to

commence any applicable proceeding to comply with statutes governing third party rights,

including giving notice of this order.

3.      The United States shall publish notice of this Order and the United States' intent

to dispose of the property subject to forfeiture in such a manner as the United States Attorney

General (or a designee) may direct.  The United States may also, to the extent practicable,

provide written notice to any person known to have an alleged interest in the property subject to

forfeiture.

4.      Any person, other than the above-named defendant, asserting a legal interest in

the property subject to forfeiture may petition the Court for a hearing without a jury to adjudicate

the validity of his or her alleged interest in the property and for an amendment of this Order. *See*

21 U.S.C. § 853(n)(2).  This petition must be filed within 30 days of the final publication of notice or receipt of notice, whichever is earlier.  *Id.*

5.      This Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.  Fed. R. Crim P. 32.2(b)(4)(A).  If no third party files a timely claim, this Order shall become the Final Order of Forfeiture.  Fed. R. Crim. P. 32.2(c)(2).

6.      Any petition filed by a third party asserting an interest in the property subject to forfeiture shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property subject to forfeiture, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property subject to forfeiture, any additional facts supporting the petitioner's claim and the relief sought.

7.      After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

8.      The United States shall have clear title to the property subject to forfeiture following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided for the filing of third party petitions.

9.      The Court shall retain jurisdiction to enforce this Order and to amend it as necessary.  *See* Fed. R. Crim. P. 32.2(e).

SO ORDERED this 10th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE