## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                    NO. 4:11CR00070 JLH

DAVID DUANE MASON                                                                           DEFENDANT

### ORDER

The United States has moved to dismiss the forfeiture allegations in the complaint except as to one (1) HP Pavilion Computer (304W) with keyboard, Serial No. KR25207690. The motion is GRANTED. Document #27. All forfeiture allegations are dismissed except as to the HP Pavilion Computer identified above.

IT IS SO ORDERED this 9th day of July, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE